

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00369-CV

HV, LLC d/b/a Circo Hermanos Vasquez, Aurora Entertainment Marketing, LLC, Ramon Vasquez, Jose Vasquez, Aldo Vasquez, Jesus Vasquez Guillermo 'Memo' Vasquez
v.
Raciel Juarez, S2DIO HVAC, LLC, and Carrigan & Anderson, PLLC

On Appeal from the
County Court at Law No. 4 of Nueces County, Texas
Trial Cause No. 2018CCV-60961-4

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

January 7, 2021